C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0980568  C-13D |
| Jenene F. Taylor | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OVERRULING OBJECTION TO CONFIRMATION

On August 13, 2009, a hearing was held on Objection by Edith K. Politis to the proposed Confirmation Order in this case. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; William L. Yaeger, Esq. appeared on behalf of Edith K. Politis; and Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Debtor's proposed plan should be confirmed in accordance with the provisions of 11 U.S.C. §1325; therefore, it is

ORDERED that the Objection by the Trustee to confirmation of the Debtor's proposed plan is overruled and the Debtor's proposed plan is confirmed pursuant to the provisions of a separate Order of this Court.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-80568 C-13D**

Jenene F. Taylor
8 Foxhall Place
Chapel Hill, NC  27517

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

William L. Yaeger, Esq.
PO Box 100
Durham, NC  27702